```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  DONNA L. CALVERT
    Acting Regional Chief Counsel, Region IX
 3  Social Security Administration
    FRANCESCO P. BENAVIDES
 4  Special Assistant United States Attorney
 5          333 Market Street, Suite 1500
            San Francisco, CA  94105
 6          Telephone: 415-977-8978
 7          Facsimile: 415-744-0134
            Email: francesco.benavides@ssa.gov
 8  Attorneys for Defendant
 9
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| JEFFREY EUGENE SMALLING, ) | |
| ) | |
| Plaintiff, ) | Civil No. 1:11-cv-01064 BAM |
| ) | |
| v. ) | STIPULATION AND |
| ) | ORDER |
| ) | FOR EXTENSION |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that the respondent Commissioner of Social Security shall have a **FIRST** extension of time of 30 days to respond to Appellant's Opening Brief [Docket No. 14].

//

//

//

1

This case was recently reassigned to new counsel upon short notice that prior counsel departed from the office. The extension will provide the Commissioner's new counsel with additional time to review the case and draft a responsive pleading. The current due date was February 22, 2012. The new due date will be March 23, 2012.

                                        Respectfully submitted,

Date:   *March 6, 2012*                 Christenson Law Firm

                                BY:     */s/ Francesco P. Benavides for Robert Christenson*\*
                                        ROBERT DECKER CHRSTENSON
                                        Attorney for Plaintiff/Appellant
                                        *[\*authorized by phone on March 6, 2012]*


Date:   *March 6, 2012*                 BENJAMIN B. WAGNER
                                        United States Attorney
                                        DONNA L. CALVERT
                                        Acting Regional Chief Counsel, Region IX
                                        Social Security Administration

                                BY:     */s/ Francesco P. Benavides*
                                        FRANCESCO P. BENAVIDES
                                        Special Assistant United States Attorney
                                        Attorneys for Defendant


                                        ORDER

IT IS SO ORDERED.


Dated:      March 6, 2012              /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE

2