BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
FRANCESCO P. BENAVIDES
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, CA  94105
    Telephone: 415-977-8978
    Facsimile: 415-744-0134
    Email: francesco.benavides@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | | |
|---|---|---|
| JEFFREY EUGENE SMALLING, | ) | |
| | ) | |
|     Plaintiff, | ) | Civil No. 1:11-cv-01064 BAM |
| | ) | |
|   v. | ) | STIPULATION AND |
| | ) | ORDER |
| | ) | FOR EXTENSION |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
|     Defendant. | ) | |
| _____ | ) | |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that the respondent Commissioner of Social Security shall have a **FIRST** extension of time of 30 days to respond to Appellant's Opening Brief [Docket No. 14].

//

//

//

1

This case was recently reassigned to new counsel upon short notice that prior counsel departed from the office. The extension will provide the Commissioner's new counsel with additional time to review the case and draft a responsive pleading. The current due date was February 22, 2012. The new due date will be March 23, 2012.

                                              Respectfully submitted,

Date:   *March 6, 2012*                 Christenson Law Firm

                                BY:     */s/ Francesco P. Benavides for Robert Christenson\**
                                              ROBERT DECKER CHRSTENSON
                                              Attorney for Plaintiff/Appellant
                                              *[\*authorized by phone on March 6, 2012]*

Date:   *March 6, 2012*                 BENJAMIN B. WAGNER
                                              United States Attorney
                                              DONNA L. CALVERT
                                              Acting Regional Chief Counsel, Region IX
                                              Social Security Administration

                                              BY:     */s/ Francesco P. Benavides*
                                              FRANCESCO P. BENAVIDES
                                              Special Assistant United States Attorney
                                              Attorneys for Defendant

ORDER

IT IS SO ORDERED.

Dated:      March 6, 2012                /s/ Barbara A. McAuliffe
                                                     UNITED STATES MAGISTRATE JUDGE